# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| PROMINENCE HOMES AND COMMUNITIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BOARD OF ZONING AND ADJUSTMENTS OF THE CITY OF ORANGE BEACH, ALABAMA, <br><br> Defendant. | CIVIL ACTION NO.: 21-456 |

## NOTICE OF FILING

Pursuant to 28 U.S.C. § 1446(a), Defendants, City of Orange Beach, Alabama and the non-entity, the Board of Zoning and Adjustments for the City of Orange Beach, Alabama, and file herewith copies of all process, pleadings, and orders served upon these Defendants in Civil Action No.: 5-CV-2021-900686.00 in the Circuit Court of Baldwin County, Alabama, which said action has been removed to this Court.

s/ *Andrew J. Rutens*
ANDREW J. RUTENS  (RUTEA8549)
arutens@gallowayllp.com
EDWARD T. OVERTON, SR. (OVERE8514)
toverton@gallowayllp.com
GALLOWAY, WETTERMARK
 & RUTENS, LLP
Post Office Box 16629
Mobile, Alabama  36616-0629
PH: 251/476-4493 - FX: 251/479-5566
*Attorneys for City of Orange Beach, Alabama*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October, 2021, I electronically filed the foregoing with the Clerk of the Court using the AlaFile system, which will send notification of such filing to the following:

D. Robert Stankoski, Jr., Esq.
Joshua P. Myrick, Esq.

*s/ Andrew J. Rutens*