### IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND
COMMUNITIES, LLC,

    Plaintiff,

v.

                                     CIVIL ACTION NO.:  CV-21-900686

BOARD OF ZONING AND
ADJUSTMENTS OF THE CITY OF
ORANGE BEACH, ALABAMA,

    Defendant.

### INDEX OF DOCUMENTS

| TAB NO. | DATE | DOCUMENT DESCRIPTION |
|---|---|---|
| 1. | 06/22/21 | Civil Cover Sheet |
| 2. | 06/22/21 | Complaint |
| 3. | 06/22/21 | Complaint Transmittal |
| 4. | 06/22/21 | Complaint Summons |
| 5. | 06/25/21 | Service Return – Complaint |
| 6. | 06/25/21 | Service Return – Transmittal |
| 7. | 07/19/21 | Order – Pretrial Conference |
| 8. | 07/19/21 | Order – Transmittal |
| 9. | 07/22/21 | Notice of Appearance – Andrew J. Rutens for Defendant |
| 10. | 07/22/21 | Miscellaneous Transmittal |
| 11. | 07/22/21 | Notice of Appearance – Edward T. Overton, Sr. for Defendant |
| 12. | 07/22/21 | Miscellaneous Transmittal |
| 13. | 08/05/21 | Order – Cancelling Pretrial Conference 09/07/21 |
| 14. | 08/05/21 | Order –  Transmittal |
| 15. | 08/06/21 | Order – Motions on Pending Cases |
| 16. | 08/06/21 | Order – Transmittal |
| 17. | 08/10/21 | Amended Complaint |
| 18. | 08/10/21 | Complaint – Transmittal |
| 19. | 08/10/21 | Complaint – Summons |
| 20. | 08/18/21 | Service Return |
| 21. | 08/18/21 | Service Return – Transmittal |
| 22. | 08/23/21 | Affidavit of Certified Mailing of Process and Complaint |
| 23. | 08/23/21 | Miscellaneous – Transmittal |
| 24. | 09/03/21 | Order – Mediation |
| 25. | 09/03/21 | Order – Transmittal |

| 26. | 09/03/21 | Notice of Appearance (Myrick) |
| 27. | 09/03/21 | Miscellaneous Transmittal |
| 28. | 09/20/21 | Amended Complaint |
| 29. | 09/20/21 | Complaint – Transmittal |
| 30. | 09/28/21 | Affidavit of Certified Mailing of Process and Complaint |
| 31. | 09/28/21 | Miscellaneous – Transmittal |
| 32. | 09/28/21 | Notice of Discovery |
| 33. | 09/28/21 | Discovery – Transmittal |
| 34. | 10/18/21 | Notice of Filing Notice of Removal |
| 35. | 10/18/21 | Miscellaneous – Transmittal |
| 36. | 10/18/21 | Alabama SJIS Case Action Summary |

# EXHIBIT 1

DOCUMENT 1

ELECTRONICALLY FILED
6/22/2021 7:43 AM
05-CV-2021-900686.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY L. WISE, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Cas<br>05<br><br>Date of Filing:<br>06/22/2021 | Judge Code: |

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA
### PROMINENCE HOMES AND COMMUNITIES, LLC v. BOARD OF ZONING ADJUSTMENTS ORANGE BEACH

**First Plaintiff:** ☑ Business  ☐ Individual  **First Defendant:** ☐ Business  ☐ Individual
☐ Government  ☐ Other  ☑ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
☐ WDEA - Wrongful Death
☐ TONG - Negligence: General
☐ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonness
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
☐ TOPE - Personal Property
☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☑ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS  (cont'd)**
☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/
Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP - Contempt of Court
☐ CONT - Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/
Injunction Election Contest/Quiet Title/Sale For Division
☐ CVUD - Eviction Appeal/Unlawful Detainer
☐ FORJ - Foreign Judgment
☐ FORF - Fruits of Crime Forfeiture
☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB - Protection From Abuse
☐ EPFA - Elder Protection From Abuse
☐ QTLB - Quiet Title Land Bank
☐ FELA - Railroad/Seaman (FELA)
☐ RPRO - Real Property
☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP - Workers' Compensation
☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING       A ☐ APPEAL FROM DISTRICT COURT       O ☐ OTHER

R ☐ REMANDED       T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**  ☐ YES ☑ NO    Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**  ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
STA063          6/22/2021 7:43:42 AM          /s/ Daniel Robert Stankoski, Jr.
                    Date                       Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**  ☐ YES ☑ NO  ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**  ☐ YES ☑ NO

# EXHIBIT 2

DOCUMENT 2



ELECTRONICALLY FILED
6/22/2021 7:43 AM
05-CV-2021-900686.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY L. WISE, CLERK

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND                )
COMMUNITIES, LLC,                    )
                                     )
        Plaintiff/Appellant,         )
                                     )
v.                                   )          CASE NO. CV-2021-_____
                                     )
BOARD OF ZONING ADJUSTMENTS          )
OF THE CITY OF ORANGE BEACH,         )
ALABAMA,                             )
                                     )
        Defendant/Appellant.         )

## NOTICE OF APPEAL

Comes now Plaintiff and Appellant, PROMINENCE HOMES AND COMMUNITIES, LLC, an aggrieved Party, by and through its attorney of record, and respectfully files this Notice of Appeal and further sets forth:

### A. PARTIES

1.   Plaintiff and Appellant, Prominence Homes & Communities, LLC (hereinafter referred to as "Prominence"), is a State of Delaware, for-profit, limited liability company which owns a parcel of property located in the planning and zoning jurisdiction of the City of Orange Beach, Alabama.

2.   Defendant and Appellee, Board of Zoning Adjustments of the City of Orange Beach, Alabama (hereinafter referred to as the "BZA"), is an appointed body of individuals established by the City of Orange Beach, Alabama and conferred with the power to make special exceptions to the terms of certain municipal ordinances.

DOCUMENT 2

## B.  STATEMENT OF THE FACTS

3.   On June 15, 2021, a decision was rendered by the BZA against a Development Permit Application submitted by Prominence concerning the removal of certain trees which may fall under the Tree Protection and Landscaping Ordinance of the City of Orange Beach, Alabama.

4.   Prominence alleges the decision rendered by the BZA was arbitrary and capricious, not supported by the facts presented at the hearing, and/or was an incorrect interpretation of the Tree Protection and Landscaping Ordinance of the City of Orange Beach, Alabama.

WHEREFORE, PREMISE CONSIDERED, Prominence demands an Administrative Review and trial de novo whereby the requested variance be accepted as submitted by Prominence and all other legal and equitable relief to which Prominence may be entitled.

Respectfully submitted,

/s/ D. Robert Stankoski, Jr.
D. Robert Stankoski, Jr.
Attorney for Plaintiff/Appellant
rob@stankoskimyrick.com
STA063

OF COUNSEL:

STANKOSKI MYRICK, LLC
Attorneys And Counselors
Post Office Box 529
8335 Gayfer Road Extension
Fairhope, Alabama 36533
251-928-0123 (o)
251-929-1000 (f)

# EXHIBIT 3



AlaFile E-Notice

05-CV-2021-900686.00

To:  Daniel Robert Stankoski, Jr.
     rob@stankoskimyrick.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following complaint was FILED on 6/22/2021 7:43:46 AM

Notice Date:      6/22/2021 7:43:46 AM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov




**USPS CERTIFIED MAIL**



9214 8901 7301 4105 2100 0449 74

*312 COURTHOUSE SQUARE*
*SUITE 10*
*BAY MINETTE, AL, 36507*

05-CV-2021-900686.00

To:  BOARD OF ZONING ADJUSTMENTS ORANGE BEACH
     POST OFFICE BOX 2432
     ORANGE BEACH, AL 36561

# NOTICE OF ELECTRONIC FILING

### IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

**PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00**

The following complaint was FILED on 6/22/2021 7:43:46 AM

Notice Date:     6/22/2021 7:43:46 AM

**JODY L. WISE**
**CIRCUIT COURT CLERK**
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL 36507

251-937-9561
jody.wise@alacourt.gov

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>05-CV-2021-900686.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA
### PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O

**NOTICE TO:** BOARD OF ZONING ADJUSTMENTS ORANGE BEACH, POST OFFICE BOX 2432, ORANGE BEACH, AL 36561

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
Daniel Robert Stankoski, Jr.

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: Post Office Box 529, Fairhope, AL 36533

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of PROMINENCE HOMES AND
COMMUNITIES, LLC
pursuant to the Alabama Rules of the Civil Procedure.   *(Name(s))*

| 06/22/2021 | /s/ JODY L. WISE | By: | |
|---|---|---|---|
| *(Date)* | *(Signature of Clerk)* | | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ Daniel Robert Stankoski, Jr.

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____

*(Date)*

_____          *(Address of Server)*

*(Type of Process Server)*     *(Server's Signature)*

_____          _____

*(Server's Printed Name)*          *(Phone Number of Server)*

# EXHIBIT 4

# EXHIBIT 5

DOCUMENT 5

**UNITED STATES POSTAL SERVICE**

June 25, 2021

Dear Circuit Clerk:

| UJS Information | |
|---|---|
| Case Number: 05-CV-2021-900686.00 | Intended Recipient: |
| Document Type: Complaint | BOARD OF ZONING ADJUSTMENTS ORANGE BEACH |
| Restricted Delivery Requested: No | POST OFFICE BOX 2432 |
| | ORANGE BEACH, AL 36561 |

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 7301 4105 2100 0449 74.**

## Item Details

| | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | June 25, 2021, 2:32 pm |
| **Location:** | ORANGE BEACH, AL 36561 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 2.0oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *S.D.Scalzo* |
| Address of Recipient: | *2432* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# EXHIBIT 6



AlaFile E-Notice

05-CV-2021-900686.00

Judge: SCOTT P. TAYLOR

To:   STANKOSKI DANIEL ROBERT J
      rob@stankoskimyrick.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following matter was served on 6/25/2021

**D001 BOARD OF ZONING ADJUSTMENTS ORANGE BEACH**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2021-900686.00

Judge: SCOTT P. TAYLOR

To: BOARD OF ZONING ADJUSTMENTS ORANGE BEACH (PRO SE)
POST OFFICE BOX 2432
ORANGE BEACH, AL, 36561-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following matter was served on 6/25/2021

**D001 BOARD OF ZONING ADJUSTMENTS ORANGE BEACH**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov

# EXHIBIT 7

DOCUMENT 7



ELECTRONICALLY FILED
7/19/2021 11:48 AM
05-CV-2021-900686.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY L. WISE, CLERK

## IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

| | | |
|---|---|---|
| PROMINENCE HOMES AND COMMUNITIES, LLC, Plaintiff, | ) ) ) | |
| V. | ) ) | Case No.:    CV-2021-900686.00 |
| BOARD OF ZONING ADJUSTMENTS ORANGE BEACH, Defendant. | ) ) ) | |

## ORDER

Case is set for Pretrial Conference SEPTEMBER 7, 2021 at 2:00 P.M. in Courtroom #1 of the Baldwin County Courthouse. This is a mandatory court appearance and no continuance will be granted. Any attorney of record in a case with incomplete discovery shall provide specific information concerning the anticipated completion date. Failure to appear shall be grounds for dismissal or entry of default.

In cases that are ready for trial, the parties may file a joint status report advising the Court of the length of time that it will take to try the case. Cases announcing ready will be placed on the first available trial docket or specially set.

**DONE this 19th day of July, 2021.**

/s/ SCOTT P. TAYLOR
**CIRCUIT JUDGE**

# EXHIBIT 8



AlaFile E-Notice

05-CV-2021-900686.00

Judge: SCOTT P. TAYLOR

To:  STANKOSKI DANIEL ROBERT J
     rob@stankoskimyrick.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following matter was FILED on 7/19/2021 11:48:35 AM

Notice Date:     7/19/2021 11:48:35 AM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2021-900686.00

Judge: SCOTT P. TAYLOR

To: BOARD OF ZONING ADJUSTMENTS ORANGE BEACH (PRO SE)
POST OFFICE BOX 2432
ORANGE BEACH, AL, 36561-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following matter was FILED on 7/19/2021 11:48:35 AM

Notice Date:     7/19/2021 11:48:35 AM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov

# EXHIBIT 9

DOCUMENT 9



ELECTRONICALLY FILED
7/22/2021 9:23 AM
05-CV-2021-900686.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY L. WISE, CLERK

## IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES
AND COMMUNITIES, LLC,

      Plaintiff,

v.                                CIVIL ACTION NO:  CV-2021-900686

BOARD OF ZONING AND
ADJUSTMENTS OF THE
CITY OF ORANGE BEACH,
ALABAMA,

      Defendant.

### NOTICE OF APPEARANCE

    Comes now Andrew J. Rutens of the law firm Galloway, Wettermark & Rutens, LLP, and files this notice of appearance as counsel for the City of Orange Beach, Alabama in the above-styled case.

                    **s/ *Andrew J. Rutens***
                    ANDREW J. RUTENS  (RUT009)
                    arutens@gallowayllp.com
                    EDWARD T. OVERTON, SR. (OVE010)
                    toverton@gallowayllp.com
                    GALLOWAY, WETTERMARK
                        & RUTENS, LLP
                    Post Office Box 16629
                    Mobile, Alabama  36616-0629
                    PH: 251/476-4493 - FX: 251479-5566
                    *Attorneys for City of Orange Beach, Alabama*

### CERTIFICATE OF SERVICE

    I hereby certify that on this 22nd day of July, 2021, I electronically filed the foregoing with the Clerk of the Court using the AlaFile system, which will send notification of such filing to the following:

    D. Robert Stankoski, Jr., Esq.

                    **s/ *Andrew J. Rutens***

# EXHIBIT 10



AlaFile E-Notice

05-CV-2021-900686.00

To:   Andrew J. Rutens
      arutens@gallowayllp.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following NOTICE OF APPEARANCE was FILED on 7/22/2021 9:23:21 AM

Notice Date:     7/22/2021 9:23:21 AM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2021-900686.00

To:  BOARD OF ZONING ADJUSTMENTS ORANGE BEACH (PRO SE)
POST OFFICE BOX 2432
ORANGE BEACH, AL, 36561-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following NOTICE OF APPEARANCE was FILED on 7/22/2021 9:23:21 AM

Notice Date:      7/22/2021 9:23:21 AM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2021-900686.00

To:  STANKOSKI DANIEL ROBERT J
rob@stankoskimyrick.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following NOTICE OF APPEARANCE was FILED on 7/22/2021 9:23:21 AM

Notice Date:     7/22/2021 9:23:21 AM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov

# EXHIBIT 11

DOCUMENT 11



ELECTRONICALLY FILED
7/22/2021 9:25 AM
05-CV-2021-900686.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY L. WISE, CLERK

## IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES
AND COMMUNITIES, LLC,

      Plaintiff,

v.

BOARD OF ZONING AND
ADJUSTMENTS OF THE
CITY OF ORANGE BEACH,
ALABAMA,

      Defendant.

CIVIL ACTION NO:  CV-2021-900686

### NOTICE OF APPEARANCE

Comes now Edward T. Overton, Sr. of the law firm Galloway, Wettermark & Rutens, LLP, and files this notice of appearance as counsel for the City of Orange Beach, Alabama in the above-styled case.

                        **s/ Edward T. Overton, Sr.**
                        ANDREW J. RUTENS  (RUT009)
                        arutens@gallowayllp.com
                        EDWARD T. OVERTON, SR. (OVE010)
                        toverton@gallowayllp.com
                        GALLOWAY, WETTERMARK
                            & RUTENS, LLP
                        Post Office Box 16629
                        Mobile, Alabama  36616-0629
                        PH:  251/476-4493 - FX:  251479-5566
                        *Attorneys for City of Orange Beach, Alabama*

### CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of July, 2021, I electronically filed the foregoing with the Clerk of the Court using the AlaFile system, which will send notification of such filing to the following:

D. Robert Stankoski, Jr., Esq.

                        **s/ Edward T. Overton, Sr.**

# EXHIBIT 12



AlaFile E-Notice

05-CV-2021-900686.00

To:  EDWARD THOMAS OVERTON SR
     toverton@gallowayllp.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following NOTICE OF APPEARANCE was FILED on 7/22/2021 9:25:18 AM

Notice Date:     7/22/2021 9:25:18 AM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2021-900686.00

To:  STANKOSKI DANIEL ROBERT J
rob@stankoskimyrick.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following NOTICE OF APPEARANCE was FILED on 7/22/2021 9:25:18 AM

Notice Date:      7/22/2021 9:25:18 AM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2021-900686.00

To: RUTENS ANDREW JOHN
arutens@gallowayllp.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following NOTICE OF APPEARANCE was FILED on 7/22/2021 9:25:18 AM

Notice Date:      7/22/2021 9:25:18 AM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov

# EXHIBIT 13

DOCUMENT 13



ELECTRONICALLY FILED
8/5/2021 9:41 AM
05-CV-2021-900686.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY L. WISE, CLERK

### IN THE CIRCUIT COURT OF BALDWIN COUN

PROMINENCE HOMES AND )
COMMUNITIES, LLC, )
Plaintiff, )
                                                        )
V.                                                      ) Case No.:      CV-2021-900686.00
                                                        )
BOARD OF ZONING ADJUSTMENTS )
ORANGE BEACH, )
Defendant. )

### ORDER

DUE TO THE RISE IN COVID-19 CASES IN OUR AREA, THE PRETRIAL CONFERENCE DOCKET SET ON SEPTEMBER 7, 2021 IS HEREBY CANCELLED. **ALL PARTIES ARE TO FILE A JOINT STATUS REPORT IN ALACOURT BY SEPTEMBER 7, 2021 AT 4:30 P.M.**

**DONE this 5th day of August, 2021.**

/s/ SCOTT P. TAYLOR
**CIRCUIT JUDGE**

# EXHIBIT 14



AlaFile E-Notice

05-CV-2021-900686.00

Judge: SCOTT P. TAYLOR

To:   STANKOSKI DANIEL ROBERT J
      rob@stankoskimyrick.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following matter was FILED on 8/5/2021 9:41:50 AM

Notice Date:      8/5/2021 9:41:50 AM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2021-900686.00

Judge: SCOTT P. TAYLOR

To:  RUTENS ANDREW JOHN
     arutens@gallowayllp.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following matter was FILED on 8/5/2021 9:41:50 AM

Notice Date:     8/5/2021 9:41:50 AM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2021-900686.00

Judge: SCOTT P. TAYLOR

To:  OVERTON EDWARD THOMAS SR.
toverton@gallowayllp.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following matter was FILED on 8/5/2021 9:41:50 AM

Notice Date:      8/5/2021 9:41:50 AM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov

# EXHIBIT 15

DOCUMENT 15

ELECTRONICALLY FILED
8/6/2021 9:28 AM
05-CV-2021-900686.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY L. WISE, CLERK

## IN THE CIRCUIT COURT OF BALDWIN COUN

PROMINENCE HOMES AND )
COMMUNITIES, LLC, )
Plaintiff, )
    )
V. ) Case No.:    CV-2021-900686.00
    )
BOARD OF ZONING ADJUSTMENTS )
ORANGE BEACH, )
Defendant. )

## ORDER

It is hereby Ordered that all future Motions filed by the parties shall set forth the opposing party's position and that the parties have exhausted all reasonable efforts to resolve the issues made for the basis of the motion.  Any motion that fails to address resolution by the parties or in the alternative fails to set forth the filing party's efforts to reach a resolution and the failure of the opposing party to respond, will be denied.

**DONE this 6th day of August, 2021.**

**/s/ SCOTT P. TAYLOR**
**CIRCUIT JUDGE**

# EXHIBIT 16



AlaFile E-Notice

05-CV-2021-900686.00

Judge: SCOTT P. TAYLOR

To:  STANKOSKI DANIEL ROBERT J
     rob@stankoskimyrick.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following matter was FILED on 8/6/2021 9:28:41 AM

Notice Date:     8/6/2021 9:28:41 AM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2021-900686.00

Judge: SCOTT P. TAYLOR

To:   RUTENS ANDREW JOHN
      arutens@gallowayllp.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following matter was FILED on 8/6/2021 9:28:41 AM

Notice Date:      8/6/2021 9:28:41 AM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2021-900686.00

Judge: SCOTT P. TAYLOR

To:  OVERTON EDWARD THOMAS SR.
     toverton@gallowayllp.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following matter was FILED on 8/6/2021 9:28:41 AM

Notice Date:     8/6/2021 9:28:41 AM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov

# EXHIBIT 17

DOCUMENT 17



ELECTRONICALLY FILED
8/10/2021 3:56 PM
05-CV-2021-900686.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY L. WISE, CLERK

## IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND          )
COMMUNITIES, LLC,             )
                              )
    Plaintiff/Appellant,      )
                              )
v.                            )          Case No. CV-2021-900686
                              )
BOARD OF ZONING ADJUSTMENTS   )
OF THE CITY OF ORANGE BEACH,  )
ALABAMA and CITY OF ORANGE    )
BEACH, ALABAMA,               )
                              )
    Defendants/Appellees.     )

## AMENDED NOTICE OF APPEAL

Comes now Plaintiff and Appellant, PROMINENCE HOMES AND COMMUNITIES, LLC, an aggrieved Party, by and through its attorney of record, and respectfully files this *Amended Notice of Appeal* from the decision of the Board of Adjustments of the City of Orange Beach, Alabama and/or the City of Orange Beach, Alabama, and further sets forth:

### A. PARTIES

1.    Plaintiff and Appellant, Prominence Homes & Communities, LLC (hereinafter referred to as "Prominence"), is a State of Delaware, for-profit, limited liability company which owns a parcel of property located in the planning and zoning jurisdiction of the City of Orange Beach, Alabama.

2.    Defendant and Appellee, Board of Zoning Adjustments of the City of Orange Beach, Alabama (hereinafter referred to as the "BZA"), is an appointed body of individuals

established by the City of Orange Beach, Alabama and conferred with the power to make special exceptions to the terms of certain municipal ordinances.

3.      Defendant and Appellee City of Orange Beach, Alabama is an Alabama municipal corporation organized and existing under the Constitution and laws of the State of Alabama.

## B. STATEMENT OF THE FACTS

4.      On June 15, 2021, a decision was rendered by the City and/or the BZA against a "Development Permit Application" submitted by Prominence concerning the removal of certain trees which may fall under the Tree Protection and Landscaping Ordinance of the City of Orange Beach, Alabama.

5.      Prominence alleges the decision rendered by the City and/or the BZA was arbitrary and capricious, not supported by the facts presented at the hearing, and/or was an incorrect interpretation of the Tree Protection and Landscaping Ordinance of the City of Orange Beach, Alabama.

WHEREFORE, PREMISE CONSIDERED, Prominence demands an Administrative Review and trial de novo whereby the requested variance be accepted as submitted by Prominence and all other legal and equitable relief to which Prominence may be entitled.

DOCUMENT 17

Respectfully submitted,

/s/ *D. Robert Stankoski, Jr.*
D. Robert Stankoski, Jr.
Attorney for Plaintiff/Appellant
rob@stankoskimyrick.com
STA063

OF COUNSEL:

STANKOSKI MYRICK, LLC
Attorneys and Counselors
Post Office Box 529
8335 Gayfer Road Extension
Fairhope, Alabama 36533
251-928-0123 (o)
251-929-1000 (f)

**Defendant/Appellee City of Orange Beach, Alabama to be served by Certified Mail as follows:**

City of Orange Beach, Alabama
ATTN: TOWN CLERK
4099 Orange Beach Blvd.
Orange Beach, AL 36561

# EXHIBIT 18



AlaFile E-Notice

05-CV-2021-900686.00

To:  Daniel Robert Stankoski, Jr.
     rob@stankoskimyrick.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following complaint was FILED on 8/10/2021 3:56:44 PM

Notice Date:     8/10/2021 3:56:44 PM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2021-900686.00

To: CITY OF ORANGE BEACH, ALABAMA
ATTN: TOWN CLERK
4099 ORANGE BEACH BLVD.
ORANGE BEACH, AL, 36561

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following complaint was FILED on 8/10/2021 3:56:44 PM

Notice Date:     8/10/2021 3:56:44 PM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2021-900686.00

To:  RUTENS ANDREW JOHN
arutens@gallowayllp.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following complaint was FILED on 8/10/2021 3:56:44 PM

Notice Date:     8/10/2021 3:56:44 PM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2021-900686.00

To:  OVERTON EDWARD THOMAS SR.
toverton@gallowayllp.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following complaint was FILED on 8/10/2021 3:56:44 PM

Notice Date:      8/10/2021 3:56:44 PM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov

# EXHIBIT 19

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>05-CV-2021-900686.00 |
| --- | --- | --- |

**IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA**
**PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O**

**NOTICE TO:** CITY OF ORANGE BEACH, ALABAMA, ATTN: TOWN CLERK 4099 ORANGE BEACH BLVD., ORANGE BEACH, AL 36561

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
Daniel Robert Stankoski, Jr.

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: Post Office Box 529, Fairhope, AL 36533

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of PROMINENCE HOMES AND COMMUNITIES, LLC
pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 08/10/2021 | /s/ JODY L. WISE | By: | |
| --- | --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | | *(Name)* |

☑ Certified Mail is hereby requested.          /s/ Daniel Robert Stankoski, Jr.

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*                    *(Name of County)*

Alabama on _____.

*(Date)*

_____        _____        _____
*(Type of Process Server)*         *(Server's Signature)*            *(Address of Server)*

_____        _____
*(Server's Printed Name)*          *(Phone Number of Server)*

# EXHIBIT 20

DOCUMENT 20

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|

**SENDER: *COMPLETE THIS SECTION***

■ Complete items 1, 2, and 3.

■ Print your name and address on the reverse
so that we can return the card to you.

■ Attach this card to the back of the mailpiece,
or on the front if space permits.

1. Article Addressed to:

City of Orange Beach, Alabama

ATTN: City Clerk

4099 Orange Beach Blvd.

Orange Beach, AL 36561



9590 9402 6545 1028 7010 76

2. Article Number *(Transfer from service label)*



7020 1810 0000 8855 4500

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____ □ Agent
□ Addressee

B. Received by *(Printed Name)* | C. Date of Delivery
A. FIRES CIRCUIT COURT 8.16.21
BALDWIN COUNTY
FILED BY MINETTE

D. Is delivery address different from item 1? □ Yes
If YES, enter delivery address below: □ No

AUG 18 2021

JODY L WISE
CIRCUIT CLERK

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery
   (over $500)

□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted
   Delivery
□ Signature Confirmation™
□ Signature Confirmation
   Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt



**USPS TRACKING #**



9590 9402 6545 1028 7010 76

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Baldwin County Circuit Clerk

Civil Division

312 Courthouse Square, Suite 10

Bay Minette, AL 36507

05-CV-2021-900686.00

# EXHIBIT 21



AlaFile E-Notice

05-CV-2021-900686.00

Judge: SCOTT P. TAYLOR

To:  STANKOSKI DANIEL ROBERT J
     rob@stankoskimyrick.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following matter was served on 8/16/2021

**D002 CITY OF ORANGE BEACH, ALABAMA**

**Corresponding To**

CERTIFIED MAIL

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov

# EXHIBIT 22

DOCUMENT 22



ELECTRONICALLY FILED
8/23/2021 8:43 AM
05-CV-2021-900686.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY L. WISE, CLERK

## IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND )
COMMUNITIES, LLC, )
)
    Plaintiff/Appellant, )
)
v. )        Case No. CV-2021-900686
)
BOARD OF ZONING ADJUSTMENTS )
OF THE CITY OF ORANGE BEACH, )
ALABAMA and CITY OF ORANGE )
BEACH, ALABAMA, )
)
    Defendants/Appellees. )

### AFFIDAVIT OF CERTIFIED MAILING
### OF PROCESS AND COMPLAINT

STATE OF ALABAMA        :
COUNTY OF BALDWIN     :

    I, D. Robert Stankoski, Jr., having first been duly sworn, do depose and state as follows:

    1.    I am over the age of 19 years, and that I have personal knowledge of the matters set forth in this *Affidavit*.

    2.    I am the attorney of record for the Plaintiff, PROMINENCE HOMES AND COMMUNITIES, LLC, in the above-styled lawsuit. I filed the Plaintiff's *Amended Notice of Appeal* in this action by electronic filing with the Baldwin County Circuit Court on August 10, 2021, in which the City of Orange Beach, Alabama was added as a Defendant/Appellee in this matter.

    3.    Pursuant to Rule 4(i)(2)(B)(ii), Ala. R. Civ. P., I hereby certify that on August 12, 2021 I mailed a copy of the electronically-filed *Amended Notice of Appeal* and *Summons* to the above-named Defendant/Appellee City of Orange Beach, Alabama via

Certified Mail, Return Receipt Requested, to the City of Orange Beach, attention of the

City Clerk; 3099 Orange Beach Blvd.; Orange Beach, Alabama 36561.

4.     The Return Receipt for the Certified Mail envelope was addressed to the

Circuit Clerk, Baldwin County, Alabama, Civil Division, and the Case Number for this

action is included on the face of the Return Receipt.

5.     The *Amended Notice of Appeal* and *Summons* was mailed by Certified Mail

in accordance with Rule 4(i)(2)(B)(ii), Ala. R. Civ. P.

6.     The *Amended Notice of Appeal* and *Summons* were served upon the

Defendant/Appellant City of Orange Beach, Alabama via Certified Mail on **August 18,**

**2021**.

Further the Affiant sayeth not.

Date: August 23, 2021

_____
D. Robert Stankoski, Jr.

STATE OF ALABAMA          )
COUNTY OF BALDWIN         )

BEFORE ME, the undersigned Notary Public in and for said State and County, personally appeared D. Robert Stankoski, Jr., who, after first being duly sworn, deposes and says that he executed the foregoing Affidavit voluntarily on the day the same bears date, and that the facts stated therein are true and correct to the best of his knowledge, information, and belief.



_____
NOTARY PUBLIC
My Commission Expires: _____



DOCUMENT 22

## CERTIFICATE OF SERVICE

I hereby certify that on **August 23, 2021** I filed the foregoing document with the Clerk of the Court using the Alafile.com system, which will send electronic notice of such filing to Andrew J. Rutens, Esq. (arutens@gallowayllp.com) and Thomas E. Overton, Sr., Esq. (toverton@gallowayllp.com); Galloway, Wettermark & Rutens, LLP; P.O. Box 16629; Mobile, AL 36616.

/s/ D. Robert Stankoski, Jr.
D. Robert Stankoski, Jr.

# EXHIBIT 23



AlaFile E-Notice

05-CV-2021-900686.00

To:  Daniel Robert Stankoski, Jr.
     rob@stankoskimyrick.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following AFFIDAVIT OF CERTIFIED MAILING OF PROCESS AND COMPLAINT
was FILED on 8/23/2021 8:43:16 AM

Notice Date:      8/23/2021 8:43:16 AM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2021-900686.00

To:  CITY OF ORANGE BEACH, ALABAMA (PRO SE)
ATTN: TOWN CLERK
4099 ORANGE BEACH BLVD.
ORANGE BEACH, AL, 36561-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following AFFIDAVIT OF CERTIFIED MAILING OF PROCESS AND COMPLAINT
was FILED on 8/23/2021 8:43:16 AM

Notice Date:      8/23/2021 8:43:16 AM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2021-900686.00

To:   RUTENS ANDREW JOHN
        arutens@gallowayllp.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following AFFIDAVIT OF CERTIFIED MAILING OF PROCESS AND COMPLAINT
was FILED on 8/23/2021 8:43:16 AM

Notice Date:      8/23/2021 8:43:16 AM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2021-900686.00

To: OVERTON EDWARD THOMAS SR.
toverton@gallowayllp.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following AFFIDAVIT OF CERTIFIED MAILING OF PROCESS AND COMPLAINT
was FILED on 8/23/2021 8:43:16 AM

Notice Date:     8/23/2021 8:43:16 AM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2021-900686.00

To:   Daniel Robert Stankoski, Jr.
      rob@stankoskimyrick.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following AFFIDAVIT OF CERTIFIED MAILING OF PROCESS AND COMPLAINT
was FILED on 8/23/2021 8:43:16 AM

Notice Date:      8/23/2021 8:43:16 AM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov

# EXHIBIT 24

DOCUMENT 24



ELECTRONICALLY FILED
9/3/2021 9:16 AM
05-CV-2021-900686.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY L. WISE, CLERK

## IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND )
COMMUNITIES, LLC, )
Plaintiff, )
 )
 )
V. ) Case No.:   CV-2021-900686.00
 )
BOARD OF ZONING ADJUSTMENTS )
ORANGE BEACH, )
CITY OF ORANGE BEACH, ALABAMA, )
Defendants. )

## ORDER

Due to certain factors, including, COVID 19, increased population within the Circuit, and the prioritization of cases, requiring the court to give criminal cases first priority, the Court is making a number of changes in it's handling of cases.  In all civil cases, the Court, shall require that all pending civil cases make a good faith attempt to resolve the case through mediation before a trial date will be set. In order to keep the parties moving forward with discovery and to ensure the case does not sit without action by one or more of the parties, the Court shall appoint a court appointed mediator and require that the parties complete mediation by a date certain.

It is therefore hereby ORDERED, as follows:

1.    MATT SIMPSON is appointed as mediator in the above styled action.
2.    The parties shall mediate the case with the court appointed mediator no later than **MARCH 3, 2022**.

3.    The mediator shall set the initial mediation session and may continue or adjourn the mediation session at his or her discretion.  The mediation may be conducted in person, via Zoom or other web-based platform or by teleconferencing, as agreed by the parties and the mediator.
4.    The fees and expenses of the mediator shall be paid equally by the parties unless agreed otherwise or mandated otherwise pursuant to Section 6-6-20(b)(2) of the Code of Alabama.
5.    A representative of each party having full authority to settle the case must be present at the mediation session or reasonably available to authorize settlement throughout the mediation session.  In the event a party wishes to ensure that the opposing party or a representative of the opposing party's insurance company is personally in attendance at the mediation and if the parties cannot reach agreement with regard to attendance, a party may file a motion with the Court to require personal attendance at the mediation.
6.    The mediation shall be conducted in accordance with the Alabama Civil

DOCUMENT 24

Court Mediation Rules and the provisions of Sections 6-6-20 and 6-6-25 of the Code of Alabama.  All communications with the mediator regarding this matter will be considered confidential in accordance with Rule 11 of the Alabama Civil Court Mediation Rules and Section 6-6-25 of the Code of Alabama.  All discussions, representations and statements made in the course of mediation shall be confidential and deemed privileged by both the mediator and all parties as settlement negotiations and, thus, inadmissible in a court of law.  The mediator shall not be called as a witness nor shall the mediator's records be subpoenaed or used as evidence in any court proceeding

7.    Following mediation, the mediator is ordered to file with the Court a report of mediation setting forth if the case was resolved, or not, and if not, if the parties made a good faith attempt at mediation.

8.    Any party having been found by the Court, to have failed to mediate in good faith or failing to make discovery, will be subject to sanction by the court, pursuant to Rule 37 of the Alabama Rules of Civil Procedure or other applicable statute or rule.

9.  IF NOT RESOLVED IN MEDIATION, CASE IS SET FOR STATUS DOCKET ON MAY 24, 2022 AT 1:30 PM IN COURTROOM #1 OF THE BALDWIN COUNTY COURTHOUSE IN BAY MINETTE, ALABAMA.

**DONE this 3rd day of September, 2021.**

**/s/ SCOTT P. TAYLOR**
**CIRCUIT JUDGE**

# EXHIBIT 25



AlaFile E-Notice

05-CV-2021-900686.00

Judge: SCOTT P. TAYLOR

To:  STANKOSKI DANIEL ROBERT J
     rob@stankoskimyrick.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following matter was FILED on 9/3/2021 9:18:19 AM

Notice Date:     9/3/2021 9:18:19 AM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2021-900686.00

Judge: SCOTT P. TAYLOR

To: RUTENS ANDREW JOHN
arutens@gallowayllp.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following matter was FILED on 9/3/2021 9:18:19 AM

Notice Date:      9/3/2021 9:18:19 AM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2021-900686.00

Judge: SCOTT P. TAYLOR

To:  OVERTON EDWARD THOMAS SR.
     toverton@gallowayllp.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following matter was FILED on 9/3/2021 9:18:19 AM

Notice Date:     9/3/2021 9:18:19 AM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2021-900686.00

Judge: SCOTT P. TAYLOR

To:  CITY OF ORANGE BEACH, ALABAMA (PRO SE)
     ATTN: TOWN CLERK
     4099 ORANGE BEACH BLVD.
     ORANGE BEACH, AL, 36561-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following matter was FILED on 9/3/2021 9:18:19 AM

Notice Date:     9/3/2021 9:18:19 AM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov

# EXHIBIT 26

DOCUMENT 26



ELECTRONICALLY FILED
9/3/2021 3:04 PM
05-CV-2021-900686.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY L. WISE, CLERK

## IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

| | | |
|---|---|---|
| PROMINENCE HOMES AND COMMUNITIES, LLC, | ) ) ) | |
| Plaintiff/Appellant, | ) ) | |
| v. | ) ) | Case No. CV-2021-900686 |
| BOARD OF ZONING ADJUSTMENTS OF THE CITY OF ORANGE BEACH, ALABAMA and CITY OF ORANGE BEACH, ALABAMA, | ) ) ) ) ) | |
| Defendants/Appellees. | ) ) | |

### NOTICE OF ATTORNEY APPEARANCE

Comes now Joshua P. Myrick of Stankoski Myrick, LLC and gives notice of his appearance for the Plaintiff/Appellant, Prominence Homes and Communities, LLC, in the above-styled cause, and requests copies of all further notices, pleadings, orders, and other papers filed in this action.

Respectfully submitted,


/s/ Joshua P. Myrick
Joshua P. Myrick (MYR003)
Attorney for Plaintiff/Appellant
Email: josh@stankoskimyrick.com

OF COUNSEL:

STANKOSKI MYRICK, LLC
Attorneys and Counselors
8335 Gayfer Road Extension
Post Office Box 529
Fairhope, Alabama 36533
Telephone: 251/928-0123
Facsimile: 251/929-1000

DOCUMENT 26

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **September 3, 2021** I filed the foregoing document with the Clerk of the Court using the Alafile.com system, which will send electronic notice of such filing to Andrew J. Rutens, Esq. (<u>arutens@gallowayllp.com</u>) and Thomas E. Overton, Sr., Esq. (<u>toverton@gallowayllp.com</u>); Galloway, Wettermark & Rutens, LLP; P.O. Box 16629; Mobile, AL 36616.


/s/ *Joshua P. Myrick*
Joshua P. Myrick

# EXHIBIT 27



AlaFile E-Notice

05-CV-2021-900686.00

To:   Joshua Paul Myrick
      josh@stankoskimyrick.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following NOTICE OF APPEARANCE was FILED on 9/3/2021 3:04:16 PM

Notice Date:      9/3/2021 3:04:16 PM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2021-900686.00

To:  CITY OF ORANGE BEACH, ALABAMA (PRO SE)
     ATTN: TOWN CLERK
     4099 ORANGE BEACH BLVD.
     ORANGE BEACH, AL, 36561-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following NOTICE OF APPEARANCE was FILED on 9/3/2021 3:04:16 PM

Notice Date:     9/3/2021 3:04:16 PM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2021-900686.00

To:  STANKOSKI DANIEL ROBERT J
     rob@stankoskimyrick.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following NOTICE OF APPEARANCE was FILED on 9/3/2021 3:04:16 PM

Notice Date:     9/3/2021 3:04:16 PM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2021-900686.00

To:  RUTENS ANDREW JOHN
     arutens@gallowayllp.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following NOTICE OF APPEARANCE was FILED on 9/3/2021 3:04:16 PM

Notice Date:     9/3/2021 3:04:16 PM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2021-900686.00

To:  OVERTON EDWARD THOMAS SR.
toverton@gallowayllp.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following NOTICE OF APPEARANCE was FILED on 9/3/2021 3:04:16 PM

Notice Date:       9/3/2021 3:04:16 PM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov

# EXHIBIT 28

DOCUMENT 28



ELECTRONICALLY FILED
9/20/2021 3:44 PM
05-CV-2021-900686.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY L. WISE, CLERK

## IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND      )
COMMUNITIES, LLC,      )
     )
    Plaintiff/Appellant,      )
     )
v.      )      Case No. CV-2021-900686
     )
BOARD OF ZONING ADJUSTMENTS      )
OF THE CITY OF ORANGE BEACH,      )
ALABAMA and CITY OF ORANGE      )
BEACH, ALABAMA,      )
     )
    Defendants/Appellees.      )

## SECOND AMENDED COMPLAINT

COMES NOW PROMINENCE HOMES AND COMMUNITIES, LLC ("Prominence

Homes") and hereby amends its *Complaint* against Defendant CITY OF ORANGE

BEACH, ALABAMA ("City"), and for its *Complaint* against the CITY states as follows:

### I. PARTIES

1.     Plaintiff Prominence Homes is an Alabama limited liability company with

its principal residence located in Baldwin County, Alabama. Prominence Homes is

primarily engaged in the business of developing residential real estate.

2.     The City is an Alabama municipal corporation organized pursuant to Title

11 of the *Code of Alabama* (1975). The City has exercised its statutory authority to

adopt zoning ordinances applicable to property located within the City's corporate limits.

### II. BACKGROUND

3.     A portion of the City's Zoning Ordinance is entitled "Tree Protection and

Landscaping," and is codified in Article 16 of the City's Zoning Ordinance. Prominence

will refer to Article 16 as the "Tree Ordinance" in this *Second Amended Complaint*.

DOCUMENT 28

4.      In this action, Prominence challenges the City's application of the Tree Ordinance to three (3) residential lots in a subdivision owned by Prominence. The subdivision is now called Sunset Villas Subdivision ("Sunset Villas"). Sunset Villas is located inside the corporate limits of the City of Orange Beach.

5.      The City adopted the Tree Ordinance in January of 2017. By its terms, the Tree Ordinance applies "to all new construction, expansion, development, redevelopment, clearing and grubbing, and maintenance of all property within the City of Orange Beach jurisdictional limits." By its terms, the Tree Ordinance applies to private property within the corporate limits of the City.

6.      The Tree Ordinance defines a "heritage tree" as "A healthy, protected tree and its root system with a diameter at breast height equal to or greater than thirty (30) inch or seven (7) feet and ten (10) inch circumference, whichever dimension is less."

7.      The Tree Ordinance requires a developer to submit a "landscape plan" simultaneously with the site plan prior to commencing any clearing or construction. The landscape plan is required to show "the location, species and size of all on site protected trees …." The Tree Ordinance prohibits the removal of any "heritage tree" unless the heritage tree is: (i) within the footprint of a proposed building structure; and (ii) the developer has demonstrated that "all reasonable efforts have been made to attempt to retain the tree on the site."

8.      The Tree Ordinance provides for civil and criminal penalties for any private property owner who violates the terms of the Tree Ordinance, as well as for the withholding of building permits pending strict compliance with the Tree Ordinance.

DOCUMENT 28

9.     In November of 2017, the previous owner of the subdivision property, SUNSET PARK, LLC, applied for and received from the City Council initial approval for it's the Sunset Park PUD as a condominium development.

10.     In December of 2018, upon application of Sunset Park, LLC, the City Planning Commission voted to submit a positive recommendation to amend the Sunset Park PUD from a condominium development to instead allow for a 44-lot residential subdivision, Sunset Villas.

11.     With the modification request, Sunset Park, LLC also submitted a "tree preservation plan," which the City approved. On its face, the tree preservation and removal plan, as approved, indicated the removal of the two heritage trees that are at issue in this case by placing an "X" over the location of the heritage trees on the tree preservation and removal plan.

12.     In January of 2019, the City Council voted to approve the amendment to allow Sunset Villas to become 44-lot residential subdivision. This approval constituted an amendment to the City's Zoning Ordinance.

13.     In November of 2019, the Planning Commission gave Sunset Park, LLC final approval for the Sunset Villas subdivision, which included the "tree preservation plan."

14.     On March 12, 2020, Prominence Homes, as buyer, and Sunset Park, LLC, as seller, executed a Land Sale Contract whereby Prominence Homes agreed to purchase from Sunset Park, LLC the Sunset Villas development for the total sum of $3,256,000. A copy of the final plat for Sunset Villas was appended to the Contract, but the final plat had not yet been executed by the City Planning Commission.

DOCUMENT 28

15.     On March 19, 2020, the Planning Commission representative formally executed the final plat for Sunset Villas as a 44-lot subdivision in the corporate limits of the City of Orange Beach.

16.     The final plat, as formally approved for a 44-lot subdivision, was recorded in April of 2020 as Slide # 2721-D in the records of the Judge of Probate, Baldwin County, Alabama.

17.     On or about October 20, 2020, Sunset Park, LLC formally conveyed the Sunset Villas PUD to Prominence Homes. A Deed conveying the property from Sunset Park, LLC to Prominence Homes was recorded in the records of the Judge of Probate, Baldwin County, Alabama on October 30, 2020, Instrument Number 1867168.

18.     Thereafter, Prominence Homes applied for building permits on several lots within Sunset Villas, including Lots 4, 13, and 14. With respect to Lots 4, 13, and 14, a representative of the City then notified Prominence Homes that "heritage" trees located on or between those Lots could not be removed, and that building permits would not be issued for those Lots.

19.     The same representative notified Prominence Homes that it could seek relief from the requirements of the Tree Ordinance only through an application to the Orange Beach City Council. No building permit would issue for Lots 4, 13, or 14 until the City Council granted relief from the terms of the Tree Ordinance to permit the removal of the heritage trees.

20.     On April 13, 2021, Prominence Homes submitted a "Development Permit Application" for a PUD Modification to the Sunset Villas PUD. The description of the

requested modification included the removal of the two "heritage trees" from the property, one tree from Lot 4 and one tree on Lots 13-14.

21.     On or about May 18, 2021, the City Council conducted a public hearing on the request of Prominence Homes to remove the trees. One or more of the Council members voiced "reluctance" on the removal of the trees. No formal action was taken by the City Council on May 18, 2021.

22.     On June 8, 2021, the City Council formally considered the request of Prominence Homes to remove the two heritage trees. One Councilmember stated that she could not in good conscience let heritage trees be destroyed. The City Council voted to deny the request of Prominence Homes to remove the two heritage trees.

23.     On June 15, 2021, the City notified Prominence Homes of its decision by way of a City Council Action Letter delivered by email to Prominence Homes' representative. The City offered no compensation (much less "just" compensation) to Prominence Homes in exchange for the substantial impairment of Prominence Homes' property rights in Lots 4, 13, and 14 of Sunset Villas.

24.     Prominence filed suit against the Board of Zoning Adjustments on June 22, 2021. On August 10, 2021, Prominence amended the Complaint to add the City of Orange Beach as a party-defendant.

### III.  CLAIMS FOR RELIEF

#### A.    Arbitrary and Capricious/No Substantial Relationship

25.     Prominence Homes adopts and incorporates the allegations of paragraphs 1-25 of this Second Amended Complaint as if fully set forth herein.

26.     The City Council refused to amend the City's Zoning Ordinance by permitting Prominence to remove the heritage trees, which effectively prevents Prominence (or any prospective purchaser) from constructing residential dwellings on Lots 4, 13, and 14.

27.     The Tree Ordinance provides, in part:

"A heritage tree may be removed only if it is within the footprint of a proposed building structure and the developer has demonstrated that all reasonable efforts have been made to attempt to retain the tree on the site."

28.     Prominence Homes demonstrated to the City Council that the heritage trees on Lots 4, 13, and 14 are within the building footprints of the proposed houses, and that the house plans cannot be modified due to square footage requirements and building setback requirements imposed by the City.

29.     The decision of the City Council refusing to amend its Zoning Ordinance, in relation to Lots 4, 13, and 14, is clearly arbitrary, capricious, or unreasonable, and bears no substantial relation to public health, safety or welfare. See, e.g., Homewood Citizens Association v. City of Homewood, 548 So. 2d 142 (Ala. 1989).

30.     Because the City's decision preventing Prominence Homes from removing the heritage trees bears no substantial relation to public health, safety, or welfare, and is arbitrary and capricious, the City should be enjoined from prohibiting the removal of the two heritage trees from Lots 4, 13, and 14 of Sunset Villas.

### B. Unconstitutional Regulatory Taking
### In violation of Fifth and Fourteenth Amendments

31.     Prominence Homes adopts and incorporates the allegations of paragraphs 1-30 of this Second Amended Complaint as if fully set forth herein.

DOCUMENT 28

32.     Plaintiff brings this claim under 42 U.S.C. § 1983. The Takings Clause of the Fifth Amendment provides: "'[N]or shall private property be taken for public use, without just compensation." U.S. Const., Amdt. V. The Fifth Amendment is applicable to the States through the Fourteenth Amendment. Loretto v. Teleprompter Manhattan CATV Corp., 458 U.S. 419, 421 (1982).

33.     A "regulatory taking" occurs where governmental action deprives property owners of all economically beneficial uses of their property, Lucas v. South Carolina Coastal Council, 505 U.S. 1003, 1119 (1992), or where the governmental regulation may not deprive an owner of all economically beneficial use of his property, but still "goes too far." Penn Central Transportation Co. v. City of New York, 438 U.S. 104 (1978).

34.     Utilizing the Tree Ordinance, the City Council has denied Prominence Homes of all economically beneficial use of Lots 4, 13, and 14 of Sunset Villas. Although Prominence Homes petitioned the City Council for permission to remove the heritage trees so that residential dwellings could be constructed on these Lots, the City Council denied Prominence Homes' request. Prominence Homes now has three lots in Sunset Villas on which a residential dwelling cannot be built, despite previous approvals issued by the City.

35.     Prominence Homes is faced with leaving these Lots in an undeveloped state, even though the express purpose of the Lots – as per the approval granted by the City's Planning Commission and City Council in approving Sunset Villas plat – was for single-family residential development.

36.     Prominence Homes cannot remove the subject trees, or it will face potential civil and criminal penalties under the Tree Ordinance.

37.     The City's action has deprived Prominence Homes of all economically-beneficial use of these Lots, or, at a minimum "goes to far."  Prominence Homes has suffered a Constitutional Taking of its property without just compensation as a result of the City's actions.

C.     Unconstitutional Taking in violation of Fifth and Fourteenth Amendments/
Land-Use Exaction/Unconstitutional Use of Private Property

38.     Prominence Homes adopts and incorporates the allegations of paragraphs 1-37 of this Second Amended Complaint as if fully set forth herein.

39.     Plaintiff brings this claim under 42 U.S.C. § 1983. The Takings Clause of the Fifth Amendment provides: "'[N]or shall private property be taken for public use, without just compensation." U.S. Const., Amdt. V. The Fifth Amendment is applicable to the States through the Fourteenth Amendment. Loretto v. Teleprompter Manhattan CATV Corp., 458 U.S. 419, 421 (1982).

40.     Under Dolan v. City of Tigard, 512 U.S. 374 (1994), the Supreme Court held that conditions attached to a land-use permit must be roughly proportional to the government interest protected.

41.     According to the Tree Ordinance, the government interest at stake here is "to provide for the health and safety of our citizens and visitors through maintaining vital vegetative species that will reproduce for future generations." Tree Ordinance, § 16.01.

42.     The City's decision prohibiting Prominence Homes from removing two heritage trees is not "roughly proportional" to the City's interest in "maintaining vital

vegetative species that will reproduce for future generations." The decision prohibits Prominence Homes from using the Lots for anything other than vacant land, because no residential homes may now be constructed on the Lots.

43.     There was no evidence before the Council that these two heritage trees would negatively affect the health, safety, or environment of any resident of Sunset Villas, much less the health, safety, or environment of the public at large.

44.     Both the City Council and the City Planning Commission approved the proposed development of 44 Lots for single-family residential dwellings, therefore the City understood – and required – that residential homes would be placed on the Lots.

45.     The prohibition for removing the heritage trees is grossly disproportionate to the burden imposed on Prominence Homes in being forced to keep the heritage trees on these Lots. This gross disproportionality renders the Tree Ordinance unconstitutional as applied by the City to Prominence Homes' property.

D.     <u>Unconstitutional Taking in violation of Fifth and Fourteenth Amendments/
Physical Appropriation of Property – Per Se Taking</u>

46.     Prominence Homes adopts and incorporates the allegations of paragraphs 1-45 of this Second Amended Complaint as if fully set forth herein.

47.     By refusing to permit Prominence Homes to remove the heritage trees, the City has effectively claimed an ownership interest in Prominence Homes' property by controlling the disposition of unwanted objects on Prominence Homes' property.

48.     The City's decision was not based on the public welfare, or any harm cognizable to the public. The City's decision was based on the simple desire not to lose two heritage trees.

49.     Under the Fifth and Fourteenth Amendments to the United States Constitution, the City has physically appropriated a portion of Prominence Homes' property for the maintenance and preservation of heritage trees under the Tree Ordinance, and the City's action is a direct acquisition of Prominence Homes' property by the City. The City's actions give rise to a per se taking of Prominence Homes' property under <u>Horne v. Dept. of Agriculture</u>, 576 U.S. 350 (2015), and other Supreme Court decisions pertaining to takings under the Fifth and Fourteenth Amendments.

50.     The City has offered no compensation to Prominence Homes for the intrusion upon Prominence Homes' property.

51.     Both on its face, and as applied to Prominence Homes' property, the Tree Ordinance is an unconstitutional physical appropriation of property, and an uncompensated (and therefore unconstitutional) taking in violation of the Fifth and Fourteenth Amendments.

IV. <u>PRAYER FOR RELIEF</u>

WHEREFORE, THE ABOVE PREMISES CONSIDERED, the Plaintiff respectfully requests the following relief for the Constitutional violations set forth herein:

A.     Entry of judgment declaring the decision of the Orange Beach City Council bears no substantial relationship to public health and safety, and is arbitrary, capricious, and unreasonable;

B.     Entry of a judgment declaring the Tree Ordinance to be an unconstitutional taking, as applied to the Plaintiff, in violation of the Fifth and Fourteenth Amendments to the United States Constitution;

DOCUMENT 28

C.     Entry of a judgment declaring the Tree Ordinance, as applied to the Plaintiff, places an unconstitutional condition on the use of Plaintiff's property in violation of the Fifth and Fourteenth Amendments to the United States Constitution;

D.     Entry of a permanent injunction prohibiting the City of Orange Beach from enforcing the Tree Ordinance as it relates to the removal of the two heritage trees at issue in this case, from collecting fees for any violation of the Tree Ordinance, and prohibiting the City from withholding the issuance of building permits for Lots 4, 13, and 14 as a sanction under the Tree Ordinance;

E.     An award of attorney's fees, expert fees, costs, and expenses in this action as allowed by law, including 42 U.S.C. § 1988; and

F.     For such other legal or equitable relief to which the Plaintiff may be entitled, these premises considered.


Respectfully submitted,


/s/ Joshua P. Myrick_____
Joshua P. Myrick (MYR003)
Email: josh@stankoskimyrick.com
D. Robert Stankoski, Jr. (STA063)
Email: rob@stankoskimyrick.com
Attorneys for Plaintiff


OF COUNSEL:

STANKOSKI MYRICK, LLC
Attorneys and Counselors
Post Office Box 529
8335 Gayfer Road Extension
Fairhope, Alabama 36533
251-928-0123 (o)
251-929-1000 (f)

DOCUMENT 28

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **September 20, 2021** I filed the foregoing document with the Clerk of the Court using the Alafile.com system, which will send electronic notice of such filing to Andrew J. Rutens, Esq. (arutens@gallowayllp.com) and Thomas E. Overton, Sr., Esq. (toverton@gallowayllp.com); Galloway, Wettermark & Rutens, LLP; P.O. Box 16629; Mobile, AL 36616.

*/s/ Joshua P. Myrick*
Joshua P. Myrick

# EXHIBIT 29



AlaFile E-Notice

05-CV-2021-900686.00

To:   Joshua Paul Myrick
      josh@stankoskimyrick.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following complaint was FILED on 9/20/2021 3:41:12 PM

Notice Date:      9/20/2021 3:41:12 PM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2021-900686.00

To:  CITY OF ORANGE BEACH, ALABAMA (PRO SE)
ATTN: TOWN CLERK
4099 ORANGE BEACH BLVD.
ORANGE BEACH, AL, 36561-0000

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following complaint was FILED on 9/20/2021 3:41:12 PM

Notice Date:     9/20/2021 3:41:12 PM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2021-900686.00

To:  STANKOSKI DANIEL ROBERT J
     rob@stankoskimyrick.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following complaint was FILED on 9/20/2021 3:41:12 PM

Notice Date:      9/20/2021 3:41:12 PM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2021-900686.00

To:  RUTENS ANDREW JOHN
       arutens@gallowayllp.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following complaint was FILED on 9/20/2021 3:41:12 PM

Notice Date:      9/20/2021 3:41:12 PM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2021-900686.00

To:   OVERTON EDWARD THOMAS SR.
      toverton@gallowayllp.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following complaint was FILED on 9/20/2021 3:41:12 PM

Notice Date:   9/20/2021 3:41:12 PM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov

# EXHIBIT 30

DOCUMENT 30



ELECTRONICALLY FILED
9/28/2021 10:52 AM
05-CV-2021-900686.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY L. WISE, CLERK

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND )
COMMUNITIES, LLC, )
                                 )
       Plaintiff/Appellant, )
                                 )
v. )           Case No. CV-2021-900686
                                 )
BOARD OF ZONING ADJUSTMENTS )
OF THE CITY OF ORANGE BEACH, )
ALABAMA and CITY OF ORANGE )
BEACH, ALABAMA, )
                                 )
       Defendants/Appellees. )

**AFFIDAVIT OF CERTIFIED MAILING**
**OF SECOND AMENDED COMPLAINT**
**TO THE ALABAMA ATTORNEY GENERAL'S OFFICE**

STATE OF ALABAMA            :
COUNTY OF BALDWIN         :

      I, Joshua P. Myrick, having first been duly sworn, do depose and state as follows:

      1.     I am over the age of 19 years, and I have personal knowledge of the matters set forth in this *Affidavit*.

      2.     I am one of the attorneys of record for Prominence Homes and Communities, LLC in this action.

      3.     Pursuant to Rule 4(i)(2)(B)(ii), Ala. R. Civ. P., and § 6-6-227, Ala. Code 1975, I mailed an e-filed copy of the Plaintiff's *Second Amended Complaint* to the Office of the Alabama Attorney General by Certified Mail, Return Receipt requested, on September 28, 2021.

DOCUMENT 30

4.      The Return Receipt is addressed to the Circuit Clerk of Baldwin County, Alabama, Civil Division, and the Case Number for this action is included on the face of the Return Receipt.

Further the Affiant sayeth not.

Date:  September 28, 2021

_____
Joshua P. Myrick

STATE OF ALABAMA                        :
COUNTY OF BALDWIN                       :

BEFORE ME, the undersigned Notary Public in and for said State and County, personally appeared Joshua P. Myrick, who, after first being duly sworn, deposes and says that the statements in this Affidavit are true and correct to the best of his knowledge, information, and belief.





NOTARY PUBLIC
My Commission Expires: _____

SERENA L CAWTHON
My Commission Expires
April 23, 2023

DOCUMENT 30

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **September 28, 2021** I filed the foregoing document with the Clerk of the Court using the Alafile.com system, which will send electronic notice of such filing to Andrew J. Rutens, Esq. (<u>arutens@gallowayllp.com</u>) and Thomas E. Overton, Sr., Esq. (<u>toverton@gallowayllp.com</u>); Galloway, Wettermark & Rutens, LLP; P.O. Box 16629; Mobile, AL 36616.

<u>/s/ Joshua P. Myrick</u>
Joshua P. Myrick

# EXHIBIT 31



AlaFile E-Notice

05-CV-2021-900686.00

To:  Joshua Paul Myrick
     josh@stankoskimyrick.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following AFFIDAVIT OF CERTIFIED MAILING OF PROCESS AND COMPLAINT
was FILED on 9/28/2021 10:52:40 AM

Notice Date:     9/28/2021 10:52:40 AM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2021-900686.00

To:  CITY OF ORANGE BEACH, ALABAMA (PRO SE)
     ATTN: TOWN CLERK
     4099 ORANGE BEACH BLVD.
     ORANGE BEACH, AL, 36561-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following AFFIDAVIT OF CERTIFIED MAILING OF PROCESS AND COMPLAINT
was FILED on 9/28/2021 10:52:40 AM

Notice Date:     9/28/2021 10:52:40 AM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2021-900686.00

To:   STANKOSKI DANIEL ROBERT J
       rob@stankoskimyrick.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following AFFIDAVIT OF CERTIFIED MAILING OF PROCESS AND COMPLAINT
was FILED on 9/28/2021 10:52:40 AM

Notice Date:     9/28/2021 10:52:40 AM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2021-900686.00

To: RUTENS ANDREW JOHN
arutens@gallowayllp.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following AFFIDAVIT OF CERTIFIED MAILING OF PROCESS AND COMPLAINT
was FILED on 9/28/2021 10:52:40 AM

Notice Date:     9/28/2021 10:52:40 AM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2021-900686.00

To:  OVERTON EDWARD THOMAS SR.
     toverton@gallowayllp.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following AFFIDAVIT OF CERTIFIED MAILING OF PROCESS AND COMPLAINT
was FILED on 9/28/2021 10:52:40 AM

Notice Date:     9/28/2021 10:52:40 AM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2021-900686.00

To:   Joshua Paul Myrick
      josh@stankoskimyrick.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following AFFIDAVIT OF CERTIFIED MAILING OF PROCESS AND COMPLAINT
was FILED on 9/28/2021 10:52:40 AM

Notice Date:      9/28/2021 10:52:40 AM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov

# EXHIBIT 32

DOCUMENT 32



ELECTRONICALLY FILED
9/28/2021 4:15 PM
05-CV-2021-900686.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY L. WISE, CLERK

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

| | | |
|---|---|---|
| PROMINENCE HOMES AND COMMUNITIES, LLC, | ) ) ) | |
| Plaintiff/Appellant, | ) ) | |
| v. | ) ) | Case No. CV-2021-900686 |
| BOARD OF ZONING ADJUSTMENTS OF THE CITY OF ORANGE BEACH, ALABAMA and CITY OF ORANGE BEACH, ALABAMA, | ) ) ) ) ) | |
| Defendants/Appellees. | ) ) | |

<u>NOTICE OF DISCOVERY</u>

COMES NOW PROMINENCE HOMES AND COMMUNITIES, LLC ("<u>Prominence Homes</u>") and hereby gives notice that it has propounded the following discovery materials on counsel for Defendant CITY OF ORANGE BEACH, ALABAMA on even date herewith:

1.   *Plaintiff's Interrogatories and Requests for Production to the City of Orange Beach, Alabama.*

Respectfully submitted,

<u>/s/ Joshua P. Myrick</u>
Joshua P. Myrick (MYR003)
Email: *josh@stankoskimyrick.com*
D. Robert Stankoski, Jr. (STA063)
Email: *rob@stankoskimyrick.com*
Attorneys for Plaintiff

OF COUNSEL:

STANKOSKI MYRICK, LLC
Attorneys and Counselors
Post Office Box 529
8335 Gayfer Road Extension
Fairhope, Alabama 36533
251-928-0123 (o)
251-929-1000 (f)

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **September 28, 2021** I filed the foregoing document with

the Clerk of the Court using the Alafile.com system, which will send electronic notice of

such filing to Andrew J. Rutens, Esq. (<u>arutens@gallowayllp.com</u>) and Thomas E.

Overton, Sr., Esq. (<u>toverton@gallowayllp.com</u>); Galloway, Wettermark & Rutens, LLP;

P.O. Box 16629; Mobile, AL 36616.

*/s/ Joshua P. Myrick*
Joshua P. Myrick

# EXHIBIT 33



AlaFile E-Notice

05-CV-2021-900686.00

To:   Joshua Paul Myrick
      josh@stankoskimyrick.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following discovery was FILED on 9/28/2021 4:15:01 PM

Notice Date:      9/28/2021 4:15:01 PM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2021-900686.00

To:  CITY OF ORANGE BEACH, ALABAMA (PRO SE)
ATTN: TOWN CLERK
4099 ORANGE BEACH BLVD.
ORANGE BEACH, AL, 36561-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following discovery was FILED on 9/28/2021 4:15:01 PM

Notice Date:      9/28/2021 4:15:01 PM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2021-900686.00

To:  STANKOSKI DANIEL ROBERT J
rob@stankoskimyrick.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following discovery was FILED on 9/28/2021 4:15:01 PM

Notice Date:      9/28/2021 4:15:01 PM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2021-900686.00

To:  RUTENS ANDREW JOHN
     arutens@gallowayllp.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following discovery was FILED on 9/28/2021 4:15:01 PM

Notice Date:      9/28/2021 4:15:01 PM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2021-900686.00

To:  OVERTON EDWARD THOMAS SR.
     toverton@gallowayllp.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following discovery was FILED on 9/28/2021 4:15:01 PM

Notice Date:      9/28/2021 4:15:01 PM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov

# EXHIBIT 34



ELECTRONICALLY FILED
10/18/2021 3:49 PM
05-CV-2021-900686.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY L. WISE, CLERK

DOCUMENT 34

**IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA**

PROMINENCE HOMES AND
COMMUNITIES, LLC,

      Plaintiff,

v.                                                                    CIVIL ACTION NO.: CV-2021-900686

BOARD OF ZONING AND
ADJUSTMENTS OF THE CITY OF
ORANGE BEACH, ALABAMA,

      Defendant.

<u>**NOTICE OF FILING OF NOTICE OF REMOVAL**</u>

      Please take notice that Defendants, City of Orange Beach, Alabama and the non-entity,

Board of Zoning and Adjustments for the City of Orange Beach, Alabama, have on this date filed

a Notice of Removal, a copy of which is attached hereto as Exhibit A, in the Office of the Clerk

of the United States District Court for the Southern District of Alabama, Southern Division.

Pursuant to 28 U.S.C. §1446(d), the filing of such notice effects the removal of this action and

mandates that this Court shall proceed no further unless and until this case is remanded.


      *s/ Andrew J. Rutens*
      ANDREW J. RUTENS  (RUT009)
      arutens@gallowayllp.com
      EDWARD T. OVERTON, SR. (OVE010)
      toverton@gallowayllp.com
      GALLOWAY, WETTERMARK
         & RUTENS, LLP
      Post Office Box 16629
      Mobile, Alabama 36616-0629
      PH: 251/476-4493 - FX: 251/479-5566
      *Attorneys for City of Orange Beach, Alabama*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October, 2021, I electronically filed the foregoing with the Clerk of the Court using the AlaFile system, which will send notification of such filing to the following:

D. Robert Stankoski, Jr., Esq.
Joshua P. Myrick, Esq.

*s/Andrew J. Rutens*

DOCUMENT 34

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

PROMINENCE HOMES AND
COMMUNITIES, LLC,

      Plaintiff,

v.

      CIVIL ACTION NO.:  21-456

BOARD OF ZONING AND
ADJUSTMENTS OF THE CITY OF
ORANGE BEACH, ALABAMA,

      Defendant.

## <u>NOTICE OF REMOVAL</u>

      Defendants, City of Orange Beach, Alabama and the non-entity Board of Zoning and Adjustments for the City of Orange Beach, Alabama, hereby give notice of the removal of this action from the Circuit Court of Baldwin County, Alabama to the United States District Court for the Southern District of Alabama, Southern Division, on the following grounds:

      1.    This case was filed in the Circuit Court of Baldwin County against the above Defendant on or about June 22, 2021.

      2.    The initial Complaint only contained a state law claim appealing the denial of a special exemption to the City of Orange Beach Zoning Ordinance.

      3.    On August 10, 2021, the Plaintiff filed an Amended Notice of Appeal, again appealing the decision of the City, but correctly noting the appeal was to the denial of a variance as opposed to a special exception.

      4.    On September 20, 2021, the Plaintiff filed a Second Amended Complaint, which is the first pleading claiming damages and takings under the U.S. Constitution.

DOCUMENT 34



**EXHIBIT**

**A**

5.    Plaintiff asserts claims against of the Defendants, City of Orange Beach, Alabama and the non-entity Board of Zoning and Adjustments for the City of Orange Beach, Alabama, for alleged violations of the Fifth and Fourteenth Amendments to the Constitution of the United States.

6.    This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331; therefore, this action is removable pursuant to 28 U.S.C. § 1441(a).

7.    Pursuant to 28 U.S.C. § 1441(a) the case is removable and the Court has jurisdiction over the claims asserted in the Complaint.

8.    Filed concurrently herewith are copies of all process, pleadings, and orders served upon these Defendants in compliance with 28 U.S.C. § 1446(a).

9.    This notice of removal is signed by counsel for the above-named Defendant pursuant to Rule 11 of the Federal Rules of Civil Procedure.

*s/ Andrew J. Rutens*
ANDREW J. RUTENS  (RUTEA8549)
arutens@gallowayllp.com
EDWARD T. OVERTON, SR. (OVERE8514)
toverton@gallowayllp.com
GALLOWAY, WETTERMARK
    & RUTENS, LLP
Post Office Box 16629
Mobile, Alabama  36616-0629
PH:  251/476-4493 - FX: 251/479-5566
*Attorneys for City of Orange Beach, Alabama*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of October, 2021, I electronically filed the foregoing with the Clerk of the Court using the AlaFile system, which will send notification of such filing to the following:

D. Robert Stankoski, Jr., Esq.
Joshua P. Myrick, Esq.

*s/ Andrew J. Rutens*

DOCUMENT 34

Case 1:21-cv-00456   Document 1-1   Filed 10/18/21   Page 1 of 1   PageID #: 4

JS 44 (Rev. 11/15)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Prominence Homes and Communities, LLC | Board of Zoning and Adjustments of the City of Orange Beach, AL |

**(b)** County of Residence of First Listed Plaintiff   Baldwin
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Baldwin
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Joshua Myrick, Esq. and D. Robert Stankoski, Jr., Esq.
Stankoski Myrick, LLC, 8335 Gayfer Road Extension, Fairhope, AL
36533, (251) 928-0123

Attorneys *(If Known)*
Andrew J. Rutens, Esq. and Edward T. Overton, Sr., Esq.
Galloway, Wettemark & Rutens, LLP, 3263 Cottage Hill Road, Mobile,
AL  36606, (251) 476-4493

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
42 U.S.C. 1983
Brief description of cause:
5th and 14th Amendment Violations under 42 U.S.C. 1983

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE   10/18/21

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   M_____

DOCUMENT 34

EXHIBIT A

# EXHIBIT 35



AlaFile E-Notice

05-CV-2021-900686.00

To: Andrew J. Rutens
   arutens@gallowayllp.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following NOTICE OF REMOVAL was FILED on 10/18/2021 3:49:06 PM

Notice Date:     10/18/2021 3:49:06 PM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2021-900686.00

To:  CITY OF ORANGE BEACH, ALABAMA (PRO SE)
ATTN: TOWN CLERK
4099 ORANGE BEACH BLVD.
ORANGE BEACH, AL, 36561-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following NOTICE OF REMOVAL was FILED on 10/18/2021 3:49:06 PM

Notice Date:      10/18/2021 3:49:06 PM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2021-900686.00

To:  STANKOSKI DANIEL ROBERT J
     rob@stankoskimyrick.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following NOTICE OF REMOVAL was FILED on 10/18/2021 3:49:06 PM

Notice Date:     10/18/2021 3:49:06 PM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2021-900686.00

To:   MYRICK JOSHUA PAUL
        josh@stankoskimyrick.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following NOTICE OF REMOVAL was FILED on 10/18/2021 3:49:06 PM

Notice Date:        10/18/2021 3:49:06 PM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov



AlaFile E-Notice

05-CV-2021-900686.00

To:   OVERTON EDWARD THOMAS SR.
      toverton@gallowayllp.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O
05-CV-2021-900686.00

The following NOTICE OF REMOVAL was FILED on 10/18/2021 3:49:06 PM

Notice Date:       10/18/2021 3:49:06 PM

JODY L. WISE
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.wise@alacourt.gov

# EXHIBIT 36

## ALABAMA SJIS CASE DETAIL

**PREPARED FOR: WILLIS GARRETT**



County: **05**    Case Number: **CV-2021-900686.00**    Court Action:
Style: **PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O**



**Real Time**

### Case

#### Case Information

| | | | | |
|---|---|---|---|---|
| County: | 05-BALDWIN | Case Number: | CV-2021-900686.00 | Judge: | SPT:SCOTT P. TAYLOR |
| Style: | PROMINENCE HOMES AND COMMUNITIES, LLC V. BOARD OF ZONING ADJUSTMENTS O | | | |
| Filed: | 06/22/2021 | Case Status: | ACTIVE | Case Type: | ADMIN APPEAL |
| Trial Type: | BENCH | Track: | | Appellate Case: | 0 |
| No of Plaintiffs: | 1 | No of Defendants: | 2 | | |

#### Damages

| | | | | |
|---|---|---|---|---|
| Damage Amt: | 0.00 | Punitive Damages: | 0.00 | General Damages: | 0.00 |
| No Damages: | | Compensatory Damages: | 0.00 | | |
| Pay To: | | Payment Frequency: | | Cost Paid By: | |

#### Court Action

| | | |
|---|---|---|
| Court Action Code: | Court Action Desc: | Court Action Date: |
| Num of Trial days: 0 | Num of Liens: 0 | Judgment For: |
| Dispositon Date of Appeal: | Disposition Judge: : | Disposition Type: |
| Revised Judgement Date: | Minstral: | Appeal Date: |
| Date Trial Began but No Verdict (TBNV1): | | |
| Date Trial Began but No Verdict (TBNV2): | | |

#### Comments

Comment 1:
Comment 2:

#### Appeal Information

| | | |
|---|---|---|
| Appeal Date: | Appeal Case Number: | Appeal Court: |
| Appeal Status: | Orgin Of Appeal: | |
| Appeal To: | Appeal To Desc: | LowerCourt Appeal Date: |
| Disposition Date Of Appeal: | Disposition Type Of Appeal: | |

#### Administrative Information

| | | |
|---|---|---|
| Transfer to Admin Doc Date: | Transfer Reason: | Transfer Desc: |
| Number of Subponeas: | Last Update: 09/03/2021 | Updated By: CHW |

### Settings

#### Settings

| | Date: | Que: | Time: | Description: |
|---|---|---|---|---|
| 4 | 05/24/2022 | 001 | 01:30 PM | STAT - STATUS REVIEW/DKT |

### Parties

**Party 1 - Plaintiff BUSINESS - PROMINENCE HOMES AND COMMUNITIES, LLC**

## Party Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Party: | C001-Plaintiff | Name: | PROMINENCE HOMES AND COMMUNITIES, LLC | Type: | B-BUSINESS | |
| Index: | D BOARD OF ZON | Alt Name: | | Hardship: No | JID: | SPT |
| Address 1: | 2084 VALLEYDALE ROAD | | | Phone: (334) 000-0000 | | |
| Address 2: | | | | | | |
| City: | BIRMINGHAM | State: | AL | Zip: 35244-0000 | Country: | US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | Race: | |

## Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

## Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: | Issued Type: | Reissue: | | Reissue Type: | |
| Return: | Return Type: | Return: | | Return Type: | |
| Served: | Service Type | Service On: | | Served By: | |
| Answer: | Answer Type: | Notice of No Service: | | Notice of No Answer: | |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | STA063 | | STANKOSKI DANIEL ROBERT J | ROB@STANKOSKIMYRICK.COM | (251) 928-0123 |
| Attorney 2 | MYR003 | | MYRICK JOSHUA PAUL | JOSH@STANKOSKIMYRICK.COM | (251) 928-0123 |

### Party 2 - Defendant GOVERNMENT - BOARD OF ZONING ADJUSTMENTS ORANGE BEACH

## Party Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Party: | D001-Defendant | Name: | BOARD OF ZONING ADJUSTMENTS ORANGE BEACH | Type: | G-GOVERNMENT | |
| Index: | C PROMINENCE H | Alt Name: | | Hardship: No | JID: | SPT |
| Address 1: | POST OFFICE BOX 2432 | | | Phone: (334) 000-0000 | | |
| Address 2: | | | | | | |
| City: | ORANGE BEACH | State: | AL | Zip: 36561-0000 | Country: | US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | Race: | |

## Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

## Service Information

| | | | | | |
|---|---|---|---|---|---|
| Issued: 06/22/2021 | Issued Type: | C-CERTIFIED MAIL | Reissue: | Reissue Type: | |
| Return: | Return Type: | | Return: | Return Type: | |
| Served: 06/25/2021 | Service Type | C-CERTIFIED MAIL | Service On: | Served By: | |



| Answer: | Answer Type: | | Notice of No Service: | Notice of No Answer: |
|---------|--------------|--|----------------------|---------------------|

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|--------|---------------|-----------------|------|-------|-------|
| Attorney 1 | RUT009 | | RUTENS ANDREW JOHN | ARUTENS@GALLOWAYLLP.COM | (251) 476-4493 |
| Attorney 2 | OVE010 | | OVERTON EDWARD THOMAS SR. | TOVERTON@GALLOWAYLLP.COM | (251) 476-4493 |

## Party 3 - Defendant GOVERNMENT - CITY OF ORANGE BEACH, ALABAMA

### Party Information

| | | | | | |
|--|--|--|--|--|--|
| Party: | D002-Defendant | Name: | CITY OF ORANGE BEACH, ALABAMA | Type: | G-GOVERNMENT |
| Index: | C PROMINENCE H | Alt Name: | | Hardship: No | JID: SPT |
| Address 1: | ATTN: TOWN CLERK | | | Phone: (251) 981-6979 | |
| Address 2: | 4099 ORANGE BEACH BLVD. | | | | |
| City: | ORANGE BEACH | State: | AL | Zip: 36561-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | Race: |

### Court Action

| | | | | | |
|--|--|--|--|--|--|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

### Service Information

| | | | | | |
|--|--|--|--|--|--|
| Issued: | 08/10/2021 | Issued Type: | F-CERTIFIED MAIL BY FIL | Reissue: | Reissue Type: |
| Return: | | Return Type: | | Return: | Return Type: |
| Served: | 08/16/2021 | Service Type: | C-CERTIFIED MAIL | Service On: | Served By: |
| Answer: | | Answer Type: | | Notice of No Service: | Notice of No Answer: |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|--------|---------------|-----------------|------|-------|-------|
| Attorney 1 | 000000 | | PRO SE | | |

## Financial

### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|------------|-----------|----------|-------|-------|------------|-------------|---------|-------------|---------------|
| ACTIVE | N | AOCC | C001 | 000 | $6.06 | $6.06 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CONV | C001 | 000 | $0.00 | $11.45 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CV00 | C001 | 000 | $234.00 | $234.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | VADM | C001 | 000 | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | Total: | $285.06 | $296.51 | -$11.45 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/22/2021 | CREDIT | CONV | 2021187 | 8440890 | $11.45 | C001 | | 000 | | N | | LAJ |
| 06/22/2021 | RECEIPT | AOCC | 2021187 | 8440880 | $6.06 | C001 | | 000 | | N | | LAJ |
| 06/22/2021 | RECEIPT | CV00 | 2021187 | 8440900 | $234.00 | C001 | | 000 | | N | | LAJ |
| 06/22/2021 | RECEIPT | VADM | 2021187 | 8440910 | $45.00 | C001 | | 000 | | N | | LAJ |

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 6/22/2021 | 7:43 AM | ECOMP | COMPLAINT E-FILED. | STA063 |
| 6/22/2021 | 7:44 AM | FILE | FILED THIS DATE: 06/22/2021          (AV01) | AJA |
| 6/22/2021 | 7:44 AM | EORD | E-ORDER FLAG SET TO "Y"          (AV01) | AJA |
| 6/22/2021 | 7:44 AM | ASSJ | ASSIGNED TO JUDGE: SCOTT TAYLOR          (AV01) | AJA |
| 6/22/2021 | 7:44 AM | SCAN | CASE SCANNED STATUS SET TO: N          (AV01) | AJA |
| 6/22/2021 | 7:44 AM | STAT | CASE ASSIGNED STATUS OF: ACTIVE          (AV01) | AJA |
| 6/22/2021 | 7:44 AM | TDMN | BENCH/NON-JURY TRIAL REQUESTED          (AV01) | AJA |
| 6/22/2021 | 7:44 AM | ORIG | ORIGIN: INITIAL FILING          (AV01) | AJA |
| 6/22/2021 | 7:44 AM | EXPD | EXPEDITED STATUS DENIED          (AV01) | AJA |
| 6/22/2021 | 7:44 AM | C001 | C001 PARTY ADDED: PROMINENCE HOMES AND COMMUNITIES | AJA |
| 6/22/2021 | 7:44 AM | C001 | C001 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 6/22/2021 | 7:44 AM | C001 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 6/22/2021 | 7:44 AM | C001 | LISTED AS ATTORNEY FOR C001: STANKOSKI DANIEL ROB | AJA |
| 6/22/2021 | 7:44 AM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE          (AV02) | AJA |
| 6/22/2021 | 7:44 AM | D001 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 6/22/2021 | 7:44 AM | D001 | D001 PARTY ADDED: BOARD OF ZONING ADJUSTMENTS ORAN | AJA |
| 6/22/2021 | 7:44 AM | D001 | CERTIFIED MAI ISSUED: 06/22/2021 TO D001   (AV02) | AJA |
| 6/22/2021 | 7:44 AM | D001 | D001 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 6/25/2021 | 6:18 PM | D001 | SERVICE OF CERTIFIED MAI ON 06/25/2021 FOR D001 | AJA |
| 6/25/2021 | 6:18 PM | ESERC | SERVICE RETURN - D001 - COMPLAINT | |
| 7/19/2021 | 11:48 AM | JEORDE | ORDER E-FILED - ORDER - PRETRIAL CONFERENCE - RENDERED & ENTERED: 7/19/2021 11:48:35 AM | |
| 7/19/2021 | 1:07 PM | DAT4 | FOR: PRETRIAL CONFERENCE  ON 09/07/2021 @ 0200P | CHW |
| 7/22/2021 | 9:23 AM | D001 | LISTED AS ATTORNEY FOR D001: RUTENS ANDREW JOHN | AJA |
| 7/22/2021 | 9:23 AM | ENOTA | NOTICE OF APPEARANCE E-FILED | RUT009 |
| 7/22/2021 | 9:25 AM | ENOTA | NOTICE OF APPEARANCE E-FILED | OVE010 |
| 7/22/2021 | 9:25 AM | D001 | LISTED AS ATTORNEY FOR D001: OVERTON EDWARD THOMA | AJA |
| 8/5/2021 | 9:41 AM | JEORDE | ORDER E-FILED - ORDER - PRETRIAL CONFERENCE CANCELLED 9/7/21 - RENDERED & ENTERED: 8/5/2021 9:41:50 AM | |
| 8/6/2021 | 9:28 AM | JEORDE | ORDER E-FILED - ORDER - ORDER FOR MOTIONS ON PENDING CASES - RENDERED & ENTERED: 8/6/2021 9:28:41 AM | |
| 8/10/2021 | 3:56 PM | D002 | D002 PARTY ADDED: CITY OF ORANGE BEACH, ALABAMA | AJA |
| 8/10/2021 | 3:56 PM | D002 | INDIGENT FLAG SET TO: N          (AV02) | AJA |
| 8/10/2021 | 3:56 PM | D002 | LISTED AS ATTORNEY FOR D002: PRO SE          (AV02) | AJA |
| 8/10/2021 | 3:56 PM | D002 | CERT MAIL-FIL ISSUED: 08/10/2021 TO D002   (AV02) | AJA |
| 8/10/2021 | 3:56 PM | D002 | D002 E-ORDER FLAG SET TO "Y"          (AV02) | AJA |
| 8/10/2021 | 3:56 PM | EAMEN | AMENDED COMPLAINT E-FILED. | STA063 |
| 8/18/2021 | 3:15 PM | D002 | SERVICE OF CERTIFIED MAI ON 08/16/2021 FOR D002 | LAJ |
| 8/18/2021 | 3:15 PM | ESERC | SERVICE RETURN | BEJ |
| 8/23/2021 | 8:43 AM | EMISC | AFFIDAVIT OF CERTIFIED MAILING OF PROCESS AND COMPLAINT E-FILED | STA063 |
| 9/3/2021 | 9:16 AM | JEORDE | ORDER E-FILED - ORDER - MEDIATION ORDER - RENDERED & ENTERED: 9/3/2021 9:16:24 AM | |
| 9/3/2021 | 9:45 AM | DAT4 | FOR: STATUS REVIEW/DKT ON 05/24/2022 @ 0130P(AV01) | CHW |
| 9/3/2021 | 3:04 PM | ENOTA | NOTICE OF APPEARANCE E-FILED | MYR003 |
| 9/3/2021 | 3:05 PM | C001 | LISTED AS ATTORNEY FOR C001: MYRICK JOSHUA PAUL | AJA |

| | | | | |
|---|---|---|---|---|
| 9/20/2021 | 3:44 PM | EAMEN | AMENDED COMPLAINT E-FILED. | MYR003 |
| 9/28/2021 | 10:52 AM | EMISC | AFFIDAVIT OF CERTIFIED MAILING OF PROCESS AND COMPLAINT E-FILED | MYR003 |
| 9/28/2021 | 4:15 PM | EDISC | NOTICE OF DISCOVERY E-FILED. | MYR003 |
| 10/18/2021 | 3:49 PM | EMISC | NOTICE OF REMOVAL E-FILED | RUT009 |

## *Images*

| Date: | Doc# | Title | Description | Pages |
|---|---|---|---|---|
| 6/22/2021 7:43:46 AM | 1 | CIVIL_COVER_SHEET | CIRCUIT COURT - CIVIL CASE | 1 |
| 6/22/2021 7:43:46 AM | 2 | COMPLAINT | | 2 |
| 6/22/2021 7:44:53 AM | 3 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 6/22/2021 7:44:53 AM | 4 | COMPLAINT - SUMMONS | E-NOTICE TRANSMITTALS | 1 |
| 6/25/2021 6:18:40 PM | 5 | SERVICE RETURN | SERVICE RETURN - D001 - COMPLAINT | 1 |
| 6/25/2021 6:18:45 PM | 6 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 7/19/2021 11:48:39 AM | 8 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 7/19/2021 11:48:35 AM | 7 | ORDER | PRETRIAL CONFERENCE | 1 |
| 7/22/2021 9:23:21 AM | 9 | NOTICE OF APPEARANCE | NOTICE OF APPEARANCE OF ANDREW J. RUTENS FOR THE DEFENDANT | 1 |
| 7/22/2021 9:23:24 AM | 10 | MISCELLANEOUS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 7/22/2021 9:25:18 AM | 11 | NOTICE OF APPEARANCE | NOTICE OF APPEARANCE OF EDWARD T. OVERTON, SR. FOR THE DEFENDANT | 1 |
| 7/22/2021 9:25:21 AM | 12 | MISCELLANEOUS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 8/5/2021 9:41:50 AM | 13 | ORDER | PRETRIAL CONFERENCE CANCELLED 9/7/21 | 1 |
| 8/5/2021 9:42:57 AM | 14 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 8/6/2021 9:28:41 AM | 15 | ORDER | ORDER FOR MOTIONS ON PENDING CASES | 1 |
| 8/6/2021 9:29:47 AM | 16 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 3 |
| 8/10/2021 3:56:44 PM | 17 | AMENDED COMPLAINT | AMENDED NOTICE OF APPEAL | 3 |
| 8/10/2021 3:56:55 PM | 18 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS | 4 |
| 8/10/2021 3:56:55 PM | 19 | COMPLAINT - SUMMONS | E-NOTICE TRANSMITTALS | 1 |
| 8/18/2021 3:15:44 PM | 20 | SERVICE RETURN | SERVICE RETURN | 2 |
| 8/18/2021 3:15:57 PM | 21 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 1 |
| 8/23/2021 8:43:16 AM | 22 | AFFIDAVIT OF CERTIFIED MAILING OF PROCESS AND COMPLAINT | AFFIDAVIT OF CERTIFIED MAILING | 3 |
| 8/23/2021 8:43:17 AM | 23 | MISCELLANEOUS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 5 |
| 9/3/2021 9:18:19 AM | 24 | ORDER | MEDIATION ORDER | 2 |
| 9/3/2021 9:18:22 AM | 25 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 4 |
| 9/3/2021 3:04:18 PM | 27 | MISCELLANEOUS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 5 |
| 9/3/2021 3:04:16 PM | 26 | NOTICE OF APPEARANCE | NOTICE OF APPEARANCE (MYRICK) | 2 |
| 9/20/2021 3:41:12 PM | 28 | AMENDED COMPLAINT | SECOND AMENDED COMPLAINT | 12 |
| 9/20/2021 3:41:18 PM | 29 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS | 5 |
| 9/28/2021 10:52:40 AM | 30 | AFFIDAVIT OF CERTIFIED MAILING OF PROCESS AND COMPLAINT | AFFIDAVIT OF CERTIFIED MAIL TO ALABAMA ATTORNEY GENERAL | 3 |
| 9/28/2021 10:52:42 AM | 31 | MISCELLANEOUS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 6 |
| 9/28/2021 4:15:00 PM | 32 | NOTICE OF DISCOVERY | NOTICE OF DISCOVERY | 2 |
| 9/28/2021 4:15:01 PM | 33 | DISCOVERY - TRANSMITTAL | E-NOTICE TRANSMITTALS | 5 |
| 10/18/2021 3:49:06 PM | 34 | NOTICE OF REMOVAL | NOTICE OF FILING OF NOTICE OF REMOVAL WITH FEDERAL COURT NOTICE OF REMOVAL | 6 |
| 10/18/2021 3:49:12 PM | 35 | MISCELLANEOUS - TRANSMITTAL | E-NOTICE TRANSMITTALS | 6 |

 ***END OF THE REPORT***