# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **PROMINENCE HOMES AND COMMUNITIES, LLC** ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) ) | CIVIL ACTION NO. 1:21-00456-KD-M |
| **THE CITY OF ORANGE BEACH, ALABAMA** ) ) ) ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the Order entered this date granting Defendant The City of Orange Beach, Alabama's motion for summary and denying Plaintiff Prominence Homes and Communities, LLC's motion for summary judgment, it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of The City of Orange Beach, Alabama and against Prominence Homes and Communities, LLC.

DONE and ORDERED this the 27th day of October 2022.

                                          s / Kristi K DuBose
                                          **KRISTI K. DuBOSE**
                                          **UNITED STATES DISTRICT JUDGE**